# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | |
|---|---|
| KENNETH ARMSTRONG, o/b/o TIFFANY ARMSTRONG CLOUD (DECEASED), | : : : : |
| Plaintiff, | : : |
| v. | : CASE NO. 4:17-cv-222-MSH : Social Security Appeal |
| COMMISSIONER OF SOCIAL SECURITY, | : : : |
| Defendant. | : |

## **ORDER**

Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and in light of the government's request and Plaintiff's consent to remand this action for further development of the record by an administrative law judge (ALJ), this case is hereby remanded. On remand, a new ALJ will update the medical evidence of record, obtain medical expert evidence, and specifically consider whether the requirements of Listing 4.02 are met or equaled during the period at issue.

Therefore, this Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the cause to the Commissioner for further proceedings. *See Shalala v. Schaefer*, 509 U.S. 292 (1993); *Melkonyan v. Sullivan*, 501

U.S. 89 (1991). The clerk of the court will enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED, this 31st day of May, 2018.

/s/ Stephen Hyles
UNTED STATES MAGISTRATE JUDGE